IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:                                                          CHAPTER 7

CARMEN N. DIBENDETTO                          CASE NO. 04-55172-ERG

## RULE 3011
## LIST OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, Derek A. Henderson, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
| --- | --- | --- |
| Carmen N. Debendetto | 18724 W. Wortham Road<br>Saucier, MS 39574 | $2,025.88 |

That check number 1001 issued on July 14, 2008 was never negotiated. The Trustee's office contacted Robert Gambrell's office, debtor's attorney and was told that they had the same mailing address that was included in the bankruptcy filing. The Trustee also did an internet search and could find no information for debtor.

**WHEREFORE, PREMISES CONSIDERED**, Derek A. Henderson, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: October 8, 2008

Respectfully submitted,

CHAPTER 7 TRUSTEE

/s/Derek A. Henderson
DEREK A. HENDERSON
Attorney for Trustee

DEREK A. HENDERSON
MSB #2260
111 E. CAPITOL ST., SUITE 455
JACKSON, MS 39201